UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

ELBERT BRAND,                          :
      Plaintiff              :
                                     :

      v.                          :      CIVIL NO. 4:CV-03-962
                                       :
                                     :      (Judge McClure)
RAYMOND J. COLLERAN, ET AL.,    :
      Defendants              :

## ORDER

April 27, 2005

This pro se civil rights action pursuant to 42 U.S.C. § 1983 was filed by

Elton Brand, regarding his confinement at the State Correctional Institution,

Waymart, Pennsylvania.  By Order dated December 10, 2004, Brand's motion

requesting entry of default judgement against the remaining Corrections

Defendants was denied.  Consequently, Defendants Pucul, Rosar and Remus'

motion to strike the request for entry of default judgment will be denied as moot.

**IT IS HEREBY ORDERED THAT:**

Defendants Pucul, Rosar and Remus' motion (Record

document no. 61) to strike Plaintiff's request for entry of

default judgment is denied as moot.


      s/ James F. McClure, Jr.
JAMES F. McCLURE, JR.
United States District Judge